



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

Office of the Clerk

August 12, 2008

# FILED

AUG 2 1 2008 TC

Aug 21, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Vladimir I. Arezina
Patti, Hewitt & Arezina LLC
One N. LaSalle St., 44th Floor
Chicago, IL 60602

Re:    Founders Insurance Company v. Insurance Designers of Maryland, Inc. et al

08C4509, Judge Kendall

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

This form is not applicable because
no federally registered trademarks
are involved.

/s/ Vladimir I. Arezina

Sincerely yours,

**Michael W. Dobbins, Clerk**

By:    */s/ Thelma Murry-Sykes*

Deputy Clerk